JUSTIN D. HEIDEMAN #8897
BENJAMIN D. GORDON #11074
ASCIONE, HEIDEMAN & MCKAY, L.L.C.
50 East 100 South, Suite 101
St. George, Utah 84770
Telephone: (435) 656-3696
Facsimile: (435) 986-0095
Attorneys for Plaintiff

ORIGINAL

FILED
SEP 11 2007
U.S. COURT OF FEDERAL CLAIMS

| In The United States Court of Federal Claims | |
|---|---|
| K SATELLITE, INC., a Utah Corporation,<br><br>Plaintiff,<br>vs.<br><br>U.S. FOREST SERVICE, FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>Defendants. | **VERIFIED COMPLAINT**<br><br>Docket No. 07-664 C<br><br>Judge: ______________ |

COMES NOW Plaintiff, by and through their attorney Benjamin D. Gordon of the law firm of Ascione, Heideman, & McKay, and hereby complain against Defendants and for causes of action the following:

**JURISDICTION AND VENUE**

1. Plaintiff K Satellite Inc. is a Satellite Communications Company licensed in the State of Utah.

2. Defendant United States Forest Service (FS) is an agency within the United States Department of Agriculture (USDA).

3. Defendant Federal Emergency Management Agency (FEMA) is an agency within the Department of Homeland Security (HLS).

4. Plaintiff's causes of action are based upon a contract with, and for services rendered for and on behalf of, the United States Defendant agencies.

5. Jurisdiction is proper pursuant to 28 U.S.C. § 1491.

6. Venue is proper pursuant to 28 U.S.C. § 1391

## GENERAL ALLEGATIONS AND FACTS

1. This Complaint is in reference to a contract that was awarded to K-Satellite Inc., on September 3, 2005, for satellite communications support for emergency responders to Hurricane Katrina under the circumstances described below and ultimately under the direction of Carol J. Brown, Contracting Office, Forest Service, Southern Region USDA, 1720 Peachtree Road, NW, - 8th Floor, Atlanta, GA 30309, contract number "MSF(E)M005015 E4."

2. This Complaint also references a contract that was awarded to K-Satellite Inc., on September 6, 2007, for satellite communications support for emergency responders to Hurricane Katrina under the circumstances described below and ultimately under the direction of Linda Tucker, Contracting Officer for FEMA/State JFO, PO Box 4517, Biloxi, MS 39535, contract number "MSF(E)M005015 E4."

3. The Crux of this Complaint lies in the confusion and perplexity that surrounded the emergency response initiated by the government to Hurricane Katrina, wherein agents of the Forest Service erroneously assigned the same contract and resource number to two different emergency response teams.

4. K Satellite, Inc. is a business specializing in providing satellite based telephone, fax, internet, and television services to emergency responders.

5. When Hurricane Katrina struck the gulf coast on August 29, 2005, K Satellite, Inc. was providing services to a fire incident in Utah.

6. K Satellite, Inc. was released from that fire incident on September 1, 2005.

7. K Satellite, Inc. volunteered on September 2, 2005 to assist a church group which was en route to the areas affected by Katrina, and set off toward Louisiana.

8. The morning of September 3, 2005, Cedar City, UT Dispatch called K Satellite, Inc. and spoke with Greg Glazier. Mr. Glazier indicated that he would need to contact Karen Glazier, the owner of K Satellite, Inc., before he could accept an assignment. He was unable to contact Mrs. Glazier until 2:00 that afternoon.

9. After being contacted by Mr. Glazier, Karen Glazier contacted Cedar City, UT Dispatch, but the order could not be found, so Cedar City, UT Dispatch gave Karen Glazier the telephone number for Jackson, MS Dispatch.

10. Upon contacting Jackson, MS Dispatch, Karen Glazier was referred to Dennis Orbus of the U.S. Forest Service and given his telephone number.

11. Karen Glazier contacted Dennis Orbus, and the two exchanged several telephone conversations. Mr. Orbus requested K Satellite, Inc.'s Emergency Equipment Rental Agreement (EERA), which Mrs. Glazier faxed to him.

12. At approximately 5:00 p.m. on September 3, 2005, Mr. Orbus called Mrs. Glazier and gave her the FEMA number MSF(E)M005015 and the resource number E-4, both of which he indicated had been assigned to K Satellite, Inc. (see email from Bob Hartlove, attached hereto as exhibit "A").

13. Mr. Orbus further instructed Mrs. Glazier that K Satellite, Inc. was to report to the National Guard Armory in Jackson, MS, and that she should contact him on his cell phone when K Satellite, Inc. arrived.

14. Upon arriving at the National Guard Armory in Jackson, MS, on September 5, 2005, Mrs. Glazier called the cell phone number given her by Mr. Orbus, and Bob Hartlove of the U.S. Forest Service answered, and came to the gate to escort K Satellite, Inc. into the Armory.

15. Mr. Hartlove was given the FEMA number and resource number above referenced which had been assigned to K Satellite, Inc. along with a copy of K Satellite, Inc.'s EERA contract. K Satellite, Inc. was then turned over to John Norton of the General Services Administration (GSA) (see email from Bob Hartlove, attached hereto as exhibit "A").

16. Mr. Norton informed Karen Glazier that the U.S. Forest Service had taken some of FEMA's equipment en-route and that equipment had been sent to a Forest Service location, and so the Forest Service had given K Satellite, Inc. to FEMA, under Mr. Norton's supervision, to replace that resource. K Satellite, Inc. was instructed to find a hotel and check in the next morning.

17. On September 6, 2005, K Satellite, Inc. reported to John Norton, who assigned K Satellite, Inc. to work under Jeff Lucas at the JFO in Purvis, Mississippi.

18. K Satellite, Inc. continued to provide services for several agencies as assigned by John Norton as more fully detailed below through October 26, 2005, and then returned to Kanab, UT, arriving on October 30, 2005.

19. On or about October 14, 2005, John Norton discovered that there had been a paperwork mix-up of some sort and that the E-number which K Satellite, Inc. had been operating

under had been assigned to another company, (see also Letter from Carol Brown, p. 1-2, attached hereto as Exhibit "B" (this number was [erroneously] simultaneously assigned to Ablaze Communications)) so he got a new resource order for K Satellite, Inc. for their assignment beginning on October 15, 2005, which ended on October 26, 2005. That final assignment was through the Gulfport FEMA Base Camp, K Satellite, Inc. has been paid for those services.

20. John Norton indicated to K Satellite, Inc. on or about October 14, 2005, that his assignment would be ending soon and that a Carol Brown would come to Gulfport sometime during K Satellite, Inc.'s final assignment and sign all of the shift tickets for the services rendered between September 3, 2005 and October 14, 2005. Upon request to do so, however, Ms. Brown refused and accused K Satellite, Inc. of "fire chasing."

21. K Satellite, Inc. filed uncertified claims with both FEMA and the U.S. Forest Service in November of 2005 for the amounts owed to it by those agencies.

22. Because of the mix-up with the resource numbers, both agencies declined to pay those claims.

23. K Satellite, Inc. appealed the decisions not to pay the claims, but said appeal was dismissed due to lack of subject matter jurisdiction because the claims were not certified.

24. K Satellite, Inc. filed a certified claim with Carol J. Brown, Contracting Officer for the USDA for services rendered to the U.S. Forest Service on June 1, 2006.

25. K Satellite, Inc. filed a certified claim with Linda Tucker, Contracting Officer for FEMA for services rendered to that agency on June 9, 2006.

26. K Satellite, Inc. received a letter from Carol J. Brown dated June 20, 2006, indicating that she would not issue a decision on the certified claim.

27. K Satellite, Inc. has received no response to the certified claim submitted to Linda Tucker.

28. More than sixty (60) days having passed since the filing of the certified claims without a decision having been rendered, the certified claims are now deemed denied and appellant now appeals those deemed denials.

29. The specific value of the benefits conferred upon each agency is calculated as follows.

**CERTIFIED CLAIM AGAINST U.S. FOREST SERVICE**

30. Plaintiffs incorporate herein by reference the preceding allegations of this Claim, as though fully set forth herein.

31. The amount claimed is one hundred forty-five thousand, four hundred thirty-three dollars and seventy-five cents ($145,433.75).

32. K Satellite, Inc. traveled from Utah to Jackson, Mississippi on the request of the Dennis Orbus of the U.S. Forest Service from September 3, 2005 through September 5, 2005, at a cost of nineteen thousand two hundred eighty dollars ($19,280.00) (see attached exhibit "C").

33. K Satellite, Inc. provided equipment to the U.S. Forest Service through Jim Odden of Alaska Team ICP based at 343 Highway 589, Purvis, Mississippi, (907) 784-0181, from September 25, 2005 through October 2, 2005, at a cost of forty-two thousand one hundred thirty-five dollars ($42,135.00) (see attached exhibit "D").

34. K Satellite, Inc. provided equipment to the U.S. Forest Service through Tony Marion of Alaska Team ICP based at the Emergency Operations Center ESF-2 Communications (601) 519-2034, from October 3, 2005 through October 14, 2005, at a cost of sixty-three thousand three hundred thirty-five dollars ($63,335.00) (see attached exhibit "E").

35. K Satellite, Inc., having traveled to the gulf coast region on the request of the U.S. Forest Service, returned to Kanab, UT from October 27, 2005 through October 30, 2005, at a cost of twenty thousand six hundred eighty-three dollars and seventy five cents ($20,683.75) (see attached exhibit "F").

## CERTIFIED CLAIM AGAINST FEDERAL EMERGENCY MANAGEMENT AGENCY

36. Plaintiffs incorporate herein by reference the preceding allegations of this Claim, as though fully set forth herein.

37. The amount claimed is one hundred one thousand, seven hundred thirty-two dollars and fifty cents ($101,732.50).

38. K Satellite, Inc. provided equipment to FEMA through Jeff Lucas of the Purvis/Hattiesburg JFO in Purvis, Mississippi, from September 5, 2005 through September 10, 2005, at a cost of twenty-eight thousand two hundred thirty-two dollars and fifty cents ($28,232.50) (see attached exhibit "G").

39. K Satellite, Inc. provided equipment to FEMA through John Norton and Joe Li Vecchi of the Emergency Operations Center ESF-2 Communications (703) 699-7429 (John Norton Cell (253) 315-1856), from September 11, 2005 through September 24, 2005, at a cost of seventy-three thousand five hundred dollars ($73,500.00) (see attached Exhibit "H").

## PRAYER FOR RELIEF

WHEREFORE, Appellants pray for relief as follows:

1. For payment for services rendered in the amount of one hundred forty-five thousand, four hundred thirty-three dollars and seventy-five cents ($145,433.75) from the U.S. Forest Service;

2. For payment for services rendered in the amount of one hundred one thousand, seven hundred thirty-two dollars and fifty cents ($101,732.50) from the Federal Emergency Management Agency;

3. For Appellant's costs of suit, expenses, and reasonable attorney fees incurred in this action;

DATED this 7th day of ~~August~~ Sept., 2007.

**ASCIONE, HEIDEMAN & MCKAY, L.L.C.**

~~Benjamin D. Gordon~~ Justin D. Heideman, Esq.
Attorney for Appellant
Phone: (435) 656-6396
Fax: (435) 688-9188

STATE OF UTAH )
:ss.
COUNTY OF UTAH )

Karen Glazier, being first duly sworn, deposes and states as follows:

These claims are made in good faith and the supporting data is accurate and complete to the best of my knowledge, information, and belief. The amount requested accurately reflects the contract adjustment for which K Satellite, Inc. believes the government is liable. I am the owner of K Satellite, Inc. and am duly authorized to declare and certify these claims on behalf of K Satellite, Inc.

**Karen Glazier, Owner**

SUBSCRIBED AND SWORN to before me this 6 day of ~~March~~ August 2007.

Notary Public
CHERYL CHRISTENSEN
134 N. 200 E. #202
St. George, UT 84770
My Commission Expires
March 5, 2008
State of Utah

NOTARY PUBLIC

**Plaintiff's Address:**
K Satellite
28 North 100 East
Kanab, UT 84741

Phone: (435) 644-2570
Fax: (435) 648-2478

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7 day of ~~August~~ September, 2007, a true and correct copy of the foregoing VERIFIED COMPLAINT was served on the following:

**Mark Simpson, Esq.**
**Office of the General Counsel**
**U.S. Department of Agriculture**
**1718 Peachtree Rd., NW, Suite 576**
**Atlanta, GA 30309-2409**

**Federal Emergency Management Agency**
**Office of the General Counsel**
**500 C Street S.W.**
**Washington, D.C. 20472**

Service made by:

✓ First Class US Mail, postage prepaid

______ Facsimile

______ Hand delivery

Service was made on the **United States Attorney General**, by and through the Court Clerk, pursuant to the Rules of the United States Court of Federal Claims, Rule 4.

**ASCIONE, HEIDEMAN & MCKAY, L. L. C.**

____________________
Legal Assistant to Benjamin D. Gordon