# EXHIBIT A

INBOX Compose Folders Options Search Help Addressbook Calendar Logout Open Folder INBOX

**INBOX: Fw: K Satellite help (165 of 166)** Move | Copy This message to

Delete | Reply | Reply to All | Forward | Redirect | Blacklist | Message Source | Save as | Print Back to INBOX

**Date:** Wed, 9 Nov 2005 21:53:59 -0500
**From:** Robert A Hartlove <rhartlove@fs.fed.us>
**To:** glazier@xpressweb.com
**Cc:** Dennis Orbus <dorbus@fs.fed.us>
**Subject:** Fw: K Satellite help

*This message was written in a character set other than your own. If it is not displayed correctly, click here to open it in a new window.*

Karen: The following is what I gleaned from my notes on the satellite truck that arrived at Jackson, MS during my assignment there.

***************************************************************

Bob Hartlove
Fire Operations / Safety Officer
USDA-Forest Service, NA S&PF
11 Campus Boulevard, Suite 200
Newtown Square, PA 19073
Voice (610)-557-4161
Fax: (610)-557-4154
Cell: (610)-742-7593
e-mail: rhartlove@fs.fed.us

----- Forwarded by Robert A Hartlove/NA/USDAFS on 11/09/2005 09:48 PM -----

Robert A Hartlove/NA/USDAFS
11/08/2005 10:53 AM

To: Elizabeth Kinney/R8/USDAFS@FSNOTES
cc: Dennis Orbus/R5/USDAFS@FSNOTES
Subject: Re: K Satellite help(Document link: Elizabeth Kinney)

Liz: The following email was sent to me by Karen Glazier - K-Satellite. She is asking for supporting information to help support their invoice for services provided to the Katrina response. I want to send you my notes on the K-Satellite order before I respond to Karen's email.

Notes from ESF-4 on the K-Satellite Equipment Order:

Sep. 3, 2005
1720 hours (approx.) Spoke with Karen Glazier - (K-Satellite Co.) by phone, reference a satellite truck that is on order for Jackson, MS. Karen

advised that "FEMA wants their satellite communication truck; the equipment is on the way from (McNabb - sp), UT. The truck was dispatched by Cedar City Dispatch without an "S-number" ; She needs an S-number for the order and also needs to know where the equipment is supposed to go - Jackson?

1815 hours (approx.)
Spoke with Mary at SACC - Mary is still checking on the satellite truck ordered from Jackson, MS.- will call back - have the satellite company check with their dispatch center for ordering information.
Roger at SACC advised the satellite trailer was not ordered through SACC; Larry at RRCC is checking on the order and will advise ASAP.

The notes show that 4 COMM Trailers were ordered on MS-FM005015; One of the units has been filled with number E-4. Three are still pending. (At this point - it's unclear, but it may have been assumed that the K-satellite rig - dispatched from UT was the E-4 unit.)

Sep. 5, 2005
1030 hours (approx.) The satellite trailer from K-Satellite arrived at Jackson for check-in. The resource order for the satellite equipment was originated by FEMA OPS - ARF, to support Base Camps. The Comm unit was turned over to FEMA Logistics for assignment.

END OF NOTES ON K-SATELLITE COMM. EQUIPMENT.

***************************************************************

Bob Hartlove
Fire Operations / Safety Officer
USDA-Forest Service, NA S&PF
11 Campus Boulevard, Suite 200
Newtown Square, PA 19073
Voice (610)-557-4161
Fax: (610)-557-4154
Cell: (610)-742-7593
e-mail: rhartlove@fs.fed.us

glazier@xpressweb.com
11/01/2005 04:02 PM

To: rhartlove@fs.fed.us
cc:
Subject: K Satellite help

K Satellite (435) 644-2570
28 North 100 East (435) 689-1755

# EXHIBIT B

United States Department of Agriculture | Forest Service | Southern Region | 1720 Peachtree RD., NW Atlanta, Georgia 30309

File Code: 6320

Date: December 3, 2005

Received 1-4-06

K Satellite
Attn: Karen Glazier
28 North 100 East
Kanab, UT 84741

*Certified Mail 7005 0390 0000 2841 8423*

Dear Ms. Glazier:

I am in receipt of the letter of November 16, 2005 and reviewed the situation in great detail with a number of individuals experienced in Emergency Equipment Rental Agreements (EERA) and incident business.

**Background:**

On 10/26/2005 Greg Glazier, of K Satellite, indicated to Lois Tate, Blue Mountain Incident Management Team Procurement Unit Leader assigned to Katrina Recovery Gulfport, MS the following:

On 9/3/2005 – Greg Glazier received a call from his local dispatch office for a Katrina Recovery mobilization. He was on another emergency incident assignment and unavailable. When he returned home the next day, he contacted dispatch and the order had been cancelled. Mr. Glazier contacted the Federal Emergency Management Agency (FEMA), was told to report to the National Guard Armory in Jackson, MS, under Resource Order Number MSFM005015 E4.

On 9/5/2005 Mr. Glazier reported to the Forest Service in Jackson, Mississippi at the National Guard Armory. The Forest Service sent him to FEMA, also in the National Guard Armory.

While in Gulfport, MS, K Satellite was ordered and given an order as a local hire resource. For the period October 15, 2005 through October 26, 2005, incident number MS-FEM-005017 and resource order number E102 were assigned to K Satellite. For this assignment there was a resource order, shift tickets, and emergency equipment invoices. This payment request has been processed.

Without a resource order or signed shift tickets for travel and the additional period of performance, Ms. Tate was unable to process other payments for K Satellite. Ms. Tate referred Mr. Glazier to John Norton at Joint Field Office (JFO) Jackson, Mississippi. Mr. Norton worked for FEMA under Emergency Support Function (ESF) 2 GSA Communications and K Satellite had been his direction. Mr. Norton signed a general message form and requested the release of K Satellite on 10/25/2005.

The GSA contracting office JFO Jackson, Mississippi gave Mr. Glazier the instructions on the process to file a claim through GSA. Mr. Glazier confirmed to me that he had met with GSA and had information on processing a claim for the travel and additional period of performance.



Printed on Recycled Paper

When researching the ROSS ordering system there is a project order number MS-FEM-005015 and a request number E-4. This is a close match to the order number given to K Satellite by FEMA. This order was in fact issued to Ablaze Communications on 09/02/2005. We cannot find a resource order on the ROSS ordering system for K Satellite to support this claim.

Findings:

For the period where US Forest Service could determine contract performance under this situation the following applies:

The Interagency Incident Management Handbook, chapter 20 Acquisition advises, " 2. Fire chasing. Equipment not ordered through the resource ordering system, which arrives at an incident should only be used if there is a bona fide need and time **does not permit ordering through established channels. In those circumstances, apply the following guidelines:**

*A. Prior to use, establish a resource order to document the need.*

*B. Equipment with an existing agreement. Agencies are not obligated to honor rental agreements for equipment not ordered through the resource ordering system. If the terms, conditions, and rates are considered to be reasonable, the existing agreement may be used. If the EERA differs significantly from local agreements and/or established geographic area rates, a new agreement shall be established.*

*E. Point of hire should be the incident. Compensation for travel to and from the incident will not be allowed.*

For the period where the US Forest Service could not determine contract performance I reference the Incident Payment Center guidelines:

**ENCLOSURE A - FY 2005 EMERGENCY EQUIPMENT RENTAL AGREEMENT (EERA) PAYMENT PROCEDURES INCIDENT TEAMS SHALL:**

- Send all original completed payment documents to the delegated incident unit. Ensure that an audit has been completed and proper documentation is included and completed (signatures, P-code, override code) for each payment package as follows:

  a. Original Emergency Equipment Use Invoice (Form OF-286),
  b. Original Emergency Equipment Shift Tickets (Form OF-297),
  c. Copy of Emergency Equipment Rental Agreement (Form OF-294),
  d. Vehicle/Heavy Equipment Inspection Checklist (Form OF-296), if available,
  e. Copy of Resource Order or report from automated ordering system, and
  f. Other documentation, i.e., claims information, general messages, etc.

In this case for the period of time in question items b through e were missing.

Determination:

I am treating your letter of November 16, 2005 as a claim submitted under FAR 52.233-1 – Disputes, which is included in the terms and conditions of an EERA. This response is the Final Decision of the Contracting Officer. As required by FAR 33.211(a)(4) the following are provided:

(i) Description of the claim or dispute: On September 3, 2005 K Satellite mobilized a communications trailer under an established EERA and traveled without an order to the Hurricane Katrina Incident Jackson, Mississippi. At

the time of demobilization a request for payment was made without a resource order, completed shift tickets; or an Emergency Equipment Use invoice.

(ii) References to the pertinent contract terms: The EERA general clauses establishes rates, conditions, and FAR Clauses that apply to orders issued, and provides the contractor, the option to accept or decline the order based on availability. Interagency Incident Management Handbook, chapter 20 Acquisition addresses the use of the ordering system and Agencies are not obligated to honor rental agreements for equipment not ordered through the resource ordering system.

(iii) Statement of the factual areas of agreement and disagreement:

(a) EERA Number 56-84N8-4-0030, between the USDA Forest Service, Dixie National Forests in Cedar City, UT and K-Satellite, Inc., with effective dates of 04/01/2004 through 03/31/2006, was signed by Karen Glazier for the Contractor on 02/06/2004, and was signed by Carolyn Jo Lippire as the Contracting Officer on 02/03/2004.

(b) K Satellite traveled to Jackson, Mississippi without a Resource Ordering and Status System (ROSS) number. Order Number MSFM005015 E4 as mentioned in the claim is not in the ROSS system.

(iv) Statement of the Contracting Officer's decision, with supporting rationale: I hereby deny your claim, as requested in your November 16, 2005 letter, for the sum of $247,121.25.00 in your response to the FEMA, ESF -2 GSA Communications, Hurricane Katrina. My rationale for this decision is that without a correct resource order number, pre-use inspection, shift tickets, invoice, post use inspection or any government official willing to verify your dispatch, travel, or period of performance, I have no basis which allows me to approve payment of this claim.

(v) This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision

If you have any questions or concerns, I can be contacted at (601) 942-9932 or email cjbrown@fs.fed.us.

Sincerely,

Carol J. Brown

CAROL J. BROWN
Contracting Officer

cc: Carolyn Jo Lippire, EERA Contracting Officer
Liz Kinney, Southern Region IBA

United States Department of Agriculture
Forest Service
Southern Region
1720 Peachtree RD., NW
Atlanta, Georgia 30309

File Code: 6320
Date: December 3, 2005

Received 1-4-06

K Satellite
Attn: Karen Glazier
28 North 100 East
Kanab, UT 84741

*Certified Mail 7005 0390 0000 2841 8423*

Dear Ms. Glazier:

I am in receipt of the letter of November 16, 2005 and reviewed the situation in great detail with a number of individuals experienced in Emergency Equipment Rental Agreements (EERA) and incident business.

Background:

On 10/26/2005 Greg Glazier, of K Satellite, indicated to Lois Tate, Blue Mountain Incident Management Team Procurement Unit Leader assigned to Katrina Recovery Gulfport, MS the following:

On 9/3/2005 – Greg Glazier received a call from his local dispatch office for a Katrina Recovery mobilization. He was on another emergency incident assignment and unavailable. When he returned home the next day, he contacted dispatch and the order had been cancelled. Mr. Glazier contacted the Federal Emergency Management Agency (FEMA), was told to report to the National Guard Armory in Jackson, MS, under Resource Order Number MSFM005015 E4.

On 9/5/2005 Mr. Glazier reported to the Forest Service in Jackson, Mississippi at the National Guard Armory. The Forest Service sent him to FEMA, also in the National Guard Armory.

While in Gulfport, MS, K Satellite was ordered and given an order as a local hire resource. For the period October 15, 2005 through October 26, 2005, incident number MS-FEM-005017 and resource order number E102 were assigned to K Satellite. For this assignment there was a resource order, shift tickets, and emergency equipment invoices. This payment request has been processed.

Without a resource order or signed shift tickets for travel and the additional period of performance, Ms. Tate was unable to process other payments for K Satellite. Ms. Tate referred Mr. Glazier to John Norton at Joint Field Office (JFO) Jackson, Mississippi. Mr. Norton worked for FEMA under Emergency Support Function (ESF) 2 GSA Communications and K Satellite had been his direction. Mr. Norton signed a general message form and requested the release of K Satellite on 10/25/2005.

The GSA contracting office JFO Jackson, Mississippi gave Mr. Glazier the instructions on the process to file a claim through GSA. Mr. Glazier confirmed to me that he had met with GSA and had information on processing a claim for the travel and additional period of performance.

When researching the ROSS ordering system there is a project order number MS-FEM-005015 and a request number E-4. This is a close match to the order number given to K Satellite by FEMA. This order was in fact issued to Ahlers Communications on 09/02/2005. We cannot find a resource order on the ROSS ordering system for K Satellite to support this claim.

Findings:

For the period where US Forest Service could determine contract performance under this situation the following applies:

The Interagency Incident Management Handbook, chapter 20 Acquisition advises, " 2. Fire chasing. Equipment not ordered through the resource ordering system, which arrives at an incident should only be used if there is a bona fide need and time does not permit ordering through established channels. In those circumstances, apply the following guidelines:

*A. Prior to use, establish a resource order to document the need.*

*B. Equipment with an existing agreement. Agencies are not obligated to honor rental agreements for equipment not ordered through the resource ordering system. If the terms, conditions, and rates are considered to be reasonable, the existing agreement may be used. If the EERA differs significantly from local agreements and/or established geographic area rates, a new agreement shall be established.*

*E. Point of hire should be the incident. Compensation for travel to and from the incident will not be allowed.*

For the period where the US Forest Service could not determine contract performance I reference the Incident Payment Center guidelines:

ENCLOSURE A – FY 2005 EMERGENCY EQUIPMENT RENTAL AGREEMENT (EERA)
PAYMENT PROCEDURES INCIDENT TEAMS SHALL:

- Send all original completed payment documents to the delegated incident unit. Ensure that an audit has been completed and proper documentation is included and completed (signatures, P-code, override code) for each payment package as follows:

  a. Original Emergency Equipment Use Invoice (Form OF-286),
  b. Original Emergency Equipment Shift Tickets (Form OF-297),
  c. Copy of Emergency Equipment Rental Agreement (Form OF-294),
  d. Vehicle/Heavy Equipment Inspection Checklist (Form OF-296), if available,
  e. Copy of Resource Order or report from automated ordering system, and
  f. Other documentation, i.e., claims information, general messages, etc.

In this case for the period of time in question items b through e were missing.

Determination:

I am treating your letter of November 16, 2005 as a claim submitted under FAR 52.233-1 – Disputes, which is included in the terms and conditions of an EERA. This response is the Final Decision of the Contracting Officer. As required by FAR 33.211(a)(4) the following are provided:

(i) Description of the claim or dispute: On September 3, 2005 K Satellite mobilized a communications trailer under an established EERA and traveled without an order to the Hurricane Katrina Incident Jackson, Mississippi. At

the time of demobilization a request for payment was made without a resource order, completed shift tickets, or an Emergency Equipment Use Invoice.

(ii) References to the pertinent contract terms: The EERA general clauses establishes rates, conditions, and FAR Clauses that apply to orders issued, and provides the contractor, the option to accept or decline the order based on availability. Interagency Incident Management Handbook, chapter 20 Acquisition addresses the use of the ordering system and Agencies are not obligated to honor rental agreements for equipment not ordered through the resource ordering system.

(iii) Statement of the factual areas of agreement and disagreement:

(a) EERA Number 56-84N8-4-0030, between the USDA Forest Service, Dixie National Forests in Cedar City, UT and K-Satellite, Inc., with effective dates of 04/01/2004 through 03/31/2006, was signed by Karen Glazier for the Contractor on 02/06/2004, and was signed by Carolyn Jo Lippire as the Contracting Officer on 02/03/2004.

(b) K Satellite traveled to Jackson, Mississippi without a Resource Ordering and Status System (ROSS) number. Order Number MSFM0005015 E4 as mentioned in the claim is not in the ROSS system.

(iv) Statement of the Contracting Officer's decision, with supporting rationale: I hereby deny your claim, as requested in your November 16, 2005 letter, for the sum of $247,121.25.00 in your response to the FEMA, ESF -2 GSA Communications, Hurricane Katrina. My rationale for this decision is that without a correct resource order number, pre-use inspection, shift tickets, invoice, post use inspection or any government official willing to verify your dispatch, travel, or period of performance, I have no basis which allows me to approve payment of this claim .

(v) This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

If you have any questions or concerns, I can be contacted at (601) 942-9932 or email cjbrown@fs.fed.us.

Sincerely,

Carol J. Brown

CAROL J. BROWN
Contracting Officer

cc: Carolyn Jo Lippire, EERA Contracting Officer
Liz Kinney, Southern Region IBA

# EXHIBIT C

05/14/2007 12:11 4356482578 JMF PAGE 01/05

# EMERGENCY EQUIPMENT SHIFT TICKET

MSFM005015 E4

NOTE: The responsible Government Officer will update this form each day or shift and make initial and final equipment inspections.

1. AGREEMENT NUMBER: 56-8486-2-1001
2. CONTRACTOR (name): K-Satellite
3. INCIDENT OR PROJECT NAME:
4. INCIDENT NUMBER:
5. OPERATOR (name): Greg
6. EQUIPMENT MAKE: Phone/Fax/Internet
7. EQUIPMENT MODEL:
8. OPERATOR FURNISHED BY: ☒ CONTRACTOR ☐ GOVERNMENT
9. SERIAL NUMBER:
10. LICENSE NUMBER:
11. OPERATING SUPPLIES FURNISHED BY: ☒ CONTRACTOR (wet) ☐ GOVERNMENT (dry)

| 12. DATE MO/DAY/YR | START | STOP | 13. EQUIPMENT USE HOURS/DAYS/MILES (circle one) WORK | SPECIAL |
| --- | --- | --- | --- | --- |
| 9/3 – 9/5/05 | | | | |
| *Daily Rental | | | | |
| *Add'l Lines | | | $19280.00 | |
| *Mileage Charg | | | | |
| | | | | |

14. REMARKS (released, down time and cause, problems, etc.): *See daily Bills 9/3 – 9/5/05 19280.00

15. EQUIPMENT STATUS:
☐ a. Inspected and under agreement
☐ b. Released by Government
☐ c. Withdrawn by Contractor

16. INVOICE POSTED BY (Recorder's initials):

17. CONTRACTOR'S OR AUTHORIZED AGENT'S SIGNATURE: [signature] Lance

18. GOVERNMENT OFFICER'S SIGNATURE: Dennis Ortmus National Guard Army

19. DATE SIGNED: 9/5/05

CONTRACTOR

NSN 7540-01-105-5835 50297-103

OPTIONAL FORM 297 (Rev. 7-98)



# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Dennis Orbus**

703-669-7417

**National Guard Armory**
**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 03 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 2 | ADDITIONAL LINES | $195.00 | $390.00 |
| 788 | MILEAGE CHARGE | $1.25 | $985.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $6,625.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Dennis Orbus**

703-669-7417

**National Guard Armory**
**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 04 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 2 | ADDITIONAL LINES | $195.00 | $390.00 |
| 950 | MILEAGE CHARGE | $1.25 | $1,187.50 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $6,827.50 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**John Norton**
ESF-2 Communications

**National Guard Armory**
**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 05 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 2 | ADDITIONAL LINES | $195.00 | $390.00 |
| 150 | MILEAGE CHARGE | $1.25 | $187.50 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,827.50 |

# EXHIBIT D

EMERGENCY EQUIPMENT SHIFT TICKET MSFM 005015 E4

NOTE: The responsible Government Officer will update this form each day or shift and make initial and final equipment inspections.

| | |
|---|---|
| 1. AGREEMENT NUMBER: 56-8986-2-1001 | 2. CONTRACTOR (name): K Satellite |
| 3. INCIDENT OR PROJECT NAME: Katrina | 4. INCIDENT NUMBER: | 
| | 5. OPERATOR (name): Greg |
| 6. EQUIPMENT MAKE: Phone/Fax/Internet | 7. EQUIPMENT MODEL: |
| | 8. OPERATOR FURNISHED BY: ☑ CONTRACTOR ☐ GOVERNMENT |
| 9. SERIAL NUMBER: | 10. LICENSE NUMBER: |
| | 11. OPERATING SUPPLIES FURNISHED BY: ☑ CONTRACTOR (wet) ☐ GOVERNMENT (dry) |

| 12. DATE MO/DAY/YR | 13. EQUIPMENT USE START | STOP | HOURS/DAYS/MILES (circle one) WORK | SPECIAL |
|---|---|---|---|---|
| 9/23-10/02 | | | | |
| *Daily Rental | | | } 42,135.00 | |
| *Mileage Charge | | | | |
| | | | | |
| | | | | |

14. REMARKS (released, down time and cause, problems, etc.)
* See Daily Billing
Total Days
42,135.00

15. EQUIPMENT STATUS
☐ a. Inspected and under agreement
☐ b. Released by Government
☐ c. Withdrawn by Contractor

16. INVOICE POSTED BY (Recorder's initials)

| 17. CONTRACTOR'S OR AUTHORIZED AGENT'S SIGNATURE | 18. GOVERNMENT OFFICER'S SIGNATURE | 19. DATE SIGNED |
|---|---|---|
| [signature] / Owner | Jim Odden / Alaska Team ICP | 10/2/05 |

NSN 7540-01-316-6628 · OPTIONAL FORM 297 (Rev. 7-90) · USDA/USDI · 50297-102

CONTRACTOR

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Jim Odden**

Alaska Team ICP

**343 Hwy 589**
**Purvis, Mississippi**

| Date | INCIDENT |
|---|---|
| 25 Sept 2005 | Hurricane Katrina |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 108 | MILEAGE CHARGE | $1.25 | $135.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,385.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

INVOICE

**MSFM005015 E4**

**Jim Odden**

Alaska Team ICP

**343 Hwy 589**
**Purvis, Mississippi**

| Date | INCIDENT |
|---|---|
| 26 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC. INVOICE

28 North 100 East
Kanab, UT 84741
(435) 644-2570

**MSFM005015 E4**

**Jim Odden**

Alaska Team ICP

**343 Hwy 589**
**Purvis, Mississippi**

| Date | INCIDENT |
|---|---|
| 27 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Jim Odden**

Alaska Team ICP

**343 Hwy 589**
**Purvis, Mississippi**

| Date | INCIDENT |
|---|---|
| 28 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Jim Odden**

Alaska Team ICP

**343 Hwy 589**
**Purvis, Mississippi**

| Date | INCIDENT |
|---|---|
| 29 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Jim Odden**

Alaska Team ICP

**343 Hwy 589**
**Purvis, Mississippi**

| Date | INCIDENT |
|---|---|
| 30 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Jim Odden**
Alaska Team ICP

**343 Hwy 589**
**Purvis, Mississippi**

| Date | INCIDENT |
|---|---|
| 01 Oct 2003 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Jim Odden**
Alaska Team ICP

**343 Hwy 589**
**Purvis, Mississippi**

| Date | INCIDENT |
|---|---|
| 02 Oct 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# EXHIBIT E

K SATELLITE INC.
28 North 100 East
Kanab, UT 84741
(435) 644-2570

| DATE | AMOUNT | AGENCEY |
|---|---|---|
| 09/03/05- 09/05/05 | $19,280.00 | FOREST SERVICE<br>Dennis Orbus<br>U.S. Forestry Service<br>(703) 669-7417 |
| 09/06/05- 09/10/05 | $28,232.50 | FEMA<br>Jeff Lucas<br>Purvis/Hattiesburg JFO<br>(601) 794-5054 |
| 09/11/05- 09/24/05 | $73,500.00 | FEMA<br>John Norton<br>Emergency Operations Center<br>ESF-2 Communications<br>(703) 669-7429<br>Cell: (253) 315-1856 |
| 09/25/05- 10/02/05 | $42,135.00 | FOREST SERVICE<br>Jim Oden<br>Alaska Team ICP<br>343 Hwy 589<br>Purvis, Mississippi<br>Cell: (907) 784-0181 |
| 10/03/05- 10/14/05 | $63,335.00 | ALASKA TEAM ICP<br>Tony Marion<br>Emergency Operations Center<br>ESF-2 Communications<br>(601) 519-2034 |
| 10/15/05- 10/26/05 | PAID | FEMA<br>Laurie McGinley<br>Katrina Gulfport Base Camp-Building 218<br>Naval Consturtion Battalion Center<br>Gulfport, Mississippi |
| 10/27/05- 10/30/05 | $20,683.75 | FEMA/FOREST SERVICE |
| **TOTAL** | | **$247,121.25** |

K SATELLITE INC.
28 North 100 East
Kanab, UT 84741
(435) 644-2570

INVOICE

MSFM005015 E4
E102

John Norton

EFS-2 Communications

Gulfport, Mississippi

| DATE | INCIDENT |
|---|---|
| 14 Oct 2005 | Hurricane Katrina |

| QUANITITY | DISCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 160 | MILEAGE CHARGE | $1.25 | $200.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTES CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,450.00 |

The Shift Ticket and the corresponding Invoices, with the exception of October 14, 2005, have been misplaced for the dates of 10/03/2005 through 10/14/2005.

Counsel for Appellant requested these and other records from FEMA, pursuant to the Freedom of Information Act; nevertheless, FEMA withheld all documents on one of two grounds: they are considered "unavailable" due to Attorney-client privilege, or they are simply not "releasable." Please see Letter from FEMA to Benjamin D. Gordon, Counsel for Appellant, dated June 26, 2007, which is attached hereto as part of this Exhibit.

FEMA

U.S. Department of Homeland Security
Federal Emergency Management Agency
Mississippi Transitional Recovery Office
Address: 220 Popps Ferry Rd.
Biloxi, MS 39531
Phone: 228-594-3202 Fax: 228-385-7877

June 26, 2007

RECEIVED
JUL 12 2007
BY:

Benjamin D. Gordon, Esq.
50 East 100 South, Suite. 101
St. George, Utah 84770

RE: Freedom of Information Act Request

Dear Mr. Gordon:

This letter is in response to your Freedom of Information Act (FOIA) request dated May 30, 2007. In that request, you asked for copies of:

> Records for the following dates: September 3, 2005 through October 14, 2005, and from October 27, 2005 through October 30, 2005. This request includes, but is not limited to the following:
>
> - Dispatch orders or other records indicating the agencies for which K Satellite, Inc. provided communications services, and on which dates each agency received those services;
> - Records of specific assignments given to K Satellite, Inc.;
> - Records of locations to which K Satellite, Inc. was assigned; and
> - Records of persons or agencies which supervised K Satellite, Inc.'s work.

In responding to a FOIA request, the U.S. Department of Homeland Security (DHS)/Federal Emergency Management Agency's (FEMA's) search will include responsive records in its control on the date the search began. FEMA's search began on June 7, 2007.

Please be advised that a search for responsive documents by knowledgeable staff in FEMA's Office of Chief Counsel failed to locate any documents that would be responsive to your request and releasable. Our search did recover agency e-mails that were responsive to your request, but were withheld under FOIA Exemption 5, 5 U.S.C. § 552(b)(5) because they are attorney work product and attorney-client privileged. Under FOIA Exemption 5, documents that are inter-agency or intra-agency, which would not be available by law to a party other than an agency in litigation with the agency, are exempt from disclosure.

We refer you to the United States Department of Agriculture for possible information responsive to your request. Please contact:

United States Department of Agriculture
Rita Morgan - FOIA/PA Officer
ATTN: FOIA/PA Team - Stop 1143
1400 Independence Avenue, SW
Washington, DC 20250-1143
Tel. (703) 605-4913
Fax. (703) 605-5104.

You may appeal this determination within 60 days from the date of this letter. Your appeal should include copies of your original request and this response, as well as a discussion of the reasons supporting your appeal. The envelope should be plainly marked to indicate that it contains a Freedom of Information Act appeal. If you decide to appeal, please send your appeal to:

Freedom of Information Act/Privacy Act Appeals
Associate General Counsel (General Law)
U.S. Department of Homeland Security
Washington, DC 20528.

For your information, your FOIA request, including your identity and the information made available, is releasable to the public under subsequent FOIA requests. In responding to these requests, FEMA does not release personal privacy information, such as home address, telephone number, or social security number, all of which are protected from disclosure under FOIA Exemption 6.

Thank you for your interest in FEMA's programs and policies.

Sincerely,

Linda D. Litke

Linda D. Litke
Counsel
FEMA-1604-DR-MS

LDL/cm

# EXHIBIT F

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

MSFM005015 E4
E102
TRAVEL HOME

KANAB, UTAH

| DATE | INCIDENT |
|---|---|
| 27 Oct 2005 | Hurricane Katrina |

| QUANITITY | DISCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTES CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $0.00 |
| | TOTAL | | $4,500.00 |

K SATELLITE INC.
28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

MSFM005015 E4
E102
TRAVEL HOME

KANAB, UTAH

| DATE | INCIDENT |
|---|---|
| 28 Oct 2005 | Hurricane Katrina |

| QUANITITY | DISCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTES CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $0.00 |
| | TOTAL | | $4,500.00 |

K SATELLITE INC.
28 North 100 East
Kanab, UT 84741
(435) 644-2570

INVOICE

MSFM005015 E4
E102
TRAVEL HOME

KANAB, UTAH

| DATE | INCIDENT |
|---|---|
| 29 Oct 2005 | Hurricane Katrina |

| QUANITITY | DISCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTES CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $0.00 |
| | TOTAL | | $4,500.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

MSFM005015 E4
E102
TRAVEL HOME

KANAB, UTAH

| DATE | INCIDENT |
|---|---|
| 30 Oct 2005 | Hurricane Katrina |

| QUANITITY | DISCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 2111 | MILEAGE CHARGE | $1.25 | $2,638.75 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTES CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $0.00 |
| | TOTAL | | $7138.75 |

# EXHIBIT G

EMERGENCY EQUIPMENT SHIFT TICKET 05FM005015 E4

NOTE: The responsible Government Officer will update this form each day or shift and make initial and final equipment inspections.

| 1. AGREEMENT NUMBER | | 2. CONTRACTOR (name) |
|---|---|---|
| 56-8486-2-1007-54 | | K Satellite |
| 3. INCIDENT OR PROJECT NAME | 4. INCIDENT NUMBER | 5. OPERATOR (name) |
| Katrina | | Greg |
| 6. EQUIPMENT MAKE | 7. EQUIPMENT MODEL | 8. OPERATOR FURNISHED BY ☑ CONTRACTOR ☐ GOVERNMENT |
| Phone / Inet / Fax | | |
| 9. SERIAL NUMBER | 10. LICENSE NUMBER | 11. OPERATING SUPPLIES FURNISHED BY ☑ CONTRACTOR (wet) ☐ GOVERNMENT (dry) |

| 12. DATE MO/DAY/YR | 13. EQUIPMENT USE START | STOP | HOURS/DAYS/MILES (circle one) WORK | SPECIAL | 14. REMARKS (released, down time and cause, problems, etc.) |
|---|---|---|---|---|---|
| 9/6-9/1 | | | | | # See Daily Billing Total Days 9/6/05 - 9/10/05 28,232.50 |
| # Daily Rental | | | | 28,232.50 | 15. EQUIPMENT STATUS ☐ a. Inspected and under agreement ☐ b. Released by Government ☐ c. Withdrawn by Contractor |
| # Data Line | | | | | |
| # Additional Lines | | | | | 16. INVOICE POSTED BY (Recorder's initials) |
| # Mileage Charge | | | | | |

| 17. CONTRACTOR'S OR AUTHORIZED AGENT'S SIGNATURE | 18. GOVERNMENT OFFICER'S SIGNATURE | 19. DATE SIGNED |
|---|---|---|
| [signature] | Jeff Lucan Logistics officer | 9/10/05 |

NSN 7540-01-118-6821 50297-193

OPTIONAL FORM 297 (Rev. 7-90) USDA/USDI

CONTRACTOR

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

MSFM005015 E4

**Jeff Lucas**

Logistics Officer

**Purvis/Hattiesburg JFO**
**Purvis, Mississippi**

| Date | INCIDENT |
|---|---|
| 06 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 2 | ADDITIONAL LINES | $195.00 | $390.00 |
| 150 | MILEAGE CHARGE | $1.25 | $187.50 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,827.50 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

MSFM005015 E4

**Jeff Lucas**

Logistics Officer

**Purvis/Hattiesburg JFO**
**Purvis, Mississippi**

| Date | INCIDENT |
|---|---|
| 07 Sept 2005 | Hurricane Katrina |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 2 | ADDITIONAL LINES | $195.00 | $390.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,640.00 |

# K SATELLITE INC. INVOICE

28 North 100 East
Kanab, UT 84741
(435) 644-2570

**MSFM005015 E4**

**Jeff Lucas**
Logistics Officer

**Purvis/Hattiesburg JFO**
**Purvis, Mississippi**

| Date | INCIDENT |
|---|---|
| 08 Sept 2005 | Hurricane Katrina |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 2 | ADDITIONAL LINES | $195.00 | $390.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,640.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Jeff Lucas**
Logistics Officer

**Purvis/Hattiesburg JFO**
**Purvis, Mississippi**

| Date | INCIDENT |
|---|---|
| 09 Sept 2005 | Hurricane Katrina |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 250 | MILEAGE CHARGE | $1.25 | $312.50 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,562.50 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Jeff Lucas**
Logistics Officer

**Purvis/Hattiesburg JFO**
**Purvis, Mississippi**

| Date | INCIDENT |
|---|---|
| 10 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 250 | MILEAGE CHARGE | $1.25 | $312.50 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,562.50 |

# EXHIBIT H

05/14/2007 12:15 4356482578 ZMR PAGE 01/15

## EMERGENCY EQUIPMENT SHIFT TICKET

MSFA100505IS E4

NOTE: The Responsible Government Officer will update this form each day or shift and make initial and final equipment inspections.

| Field | Entry |
|---|---|
| 1. AGREEMENT NUMBER | 56-8486-2-7001 |
| 2. CONTRACTOR (name) | K Satellite |
| 3. INCIDENT OR PROJECT NAME | Katrina |
| 4. INCIDENT NUMBER | |
| 5. OPERATOR (name) | Grey |
| 6. EQUIPMENT MAKE | Phone/Fax/Internet |
| 7. EQUIPMENT MODEL | |
| 8. OPERATOR FURNISHED BY | ☑ CONTRACTOR ☐ GOVERNMENT |
| 9. SERIAL NUMBER | |
| 10. LICENSE NUMBER | |
| 11. OPERATING SUPPLIES FURNISHED BY | ☐ CONTRACTOR (wet) ☐ GOVERNMENT (dry) |

| 12. DATE MO/DAY/YR | 13. EQUIPMENT USE HOURS/DAYS/MILES (circle one) START | STOP | WORK | SPECIAL |
|---|---|---|---|---|
| 9/11-9/24 | | | | |
| *Daily Rental | | | | 73,500.00 |
| | | | | |
| | | | | |
| | | | | |

14. REMARKS (released, down time and cause, problems, etc.)
* Bhee Daily Billing
Total Days
73,500.00

15. EQUIPMENT STATUS
☐ a. Inspected and under agreement
☐ b. Released by Government
☐ c. Withdrawn by Contractor

16. INVOICE POSTED BY (Recorder's initials)

17. CONTRACTOR'S OR AUTHORIZED AGENT'S SIGNATURE: [signature] / owner

18. GOVERNMENT OFFICER'S SIGNATURE: Jove L. Vechi ESF-2 Comm.

19. DATE SIGNED: 9/24/05

OPTIONAL FORM 297 (REV. 7-90) USDA/USDI

NSN 7540-01-019-8836 5297-102

CONTRACTOR

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**John Norton**

ESF-2 Communications

**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 11 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**John Norton**

ESF-2 Communications

**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 12 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**John Norton**

ESF-2 Communications

**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 13 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**John Norton**
ESF-2 Communications
**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 14 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**John Norton**

ESF-2 Communications

**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 15 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Joe Li Vecchi**
ESF-2 Communications
**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 16 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Joe Li Vecchi**
ESF-2 Communications
**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 17 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Joe Li Vecchi**

ESF-2 Communications

**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 18 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Joe Li Vecchi**

ESF-2 Communications

**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 19 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Joe Li Vecchi**

ESF-2 Communications

**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 20 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Joe Li Vecchi**
ESF-2 Communications
**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 21 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Joe Li Vecchi**

ESF-2 Communications

**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 22 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Joe Li Vecchi**

ESF-2 Communications

**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 23 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |

# K SATELLITE INC.

28 North 100 East
Kanab, UT 84741
(435) 644-2570

# INVOICE

**MSFM005015 E4**

**Joe Li Vecchi**
ESF-2 Communications
**Jackson, Mississippi**

| Date | INCIDENT |
|---|---|
| 24 Sept 2005 | **Hurricane Katrina** |

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1 | DAILY RENTAL | $4,500.00 | $4,500.00 |
| 0 | ADDITIONAL LINES | $195.00 | $0.00 |
| 0 | MILEAGE CHARGE | $1.25 | $0.00 |
| 2000 | FREE MINUTES | $0.00 | $0.00 |
| 0 | MINUTE CHARGE | $1.69 | $0.00 |
| 0 | GPS/1600 PHONE | $40.00 | $0.00 |
| 1 | DATA LINE | $750.00 | $750.00 |
| | TOTAL | | $5,250.00 |