ORIGINAL

RECEIVED
SEP 11 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

FORM 2
COVER SHEET

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
K-Satellite, 28 North 100 East Kanab, UT 84741
Phone: (435) 644-2570 Fax: (435) 648-2478

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Benjamin D. Gordon

Firm Name: Ascione, Heideman & McKay, L.L.C. 07-664 C

Post Office Box: ______

Street Address: 134 North 200 East Suite 302

City-State-Zip: St. George UT 84770

Telephone & Facsimile Numbers: (435) 656-3696 Fax: (435) 688-9188

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes ☑ No

Does the attorney of record have a Court of Federal Claims ECF account? Yes ☑ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 114
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: VAR
See attached sheet for three-digit codes.

Amount Claimed: $ **247,166.25**
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? Yes ☑ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $______
Is plaintiff a small business? Yes No

Vaccine Case:
Date of Vaccination: ______