IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K SATELLITE, INC.,<br>a Utah Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-664C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including January 14, 2008, within which to file its response to the complaint. Our response is currently due on November 13, 2007. This is defendant's first request for an enlargement of time for this purpose. The undersigned has contacted plaintiff's counsel, who has stated that plaintiff does not object to this motion.

The enlargement is requested because the undersigned counsel of record for defendant needs additional time to coordinate in preparing a response with agency counsel for the Federal Emergency Management Agency (“FEMA”) and the United States Department of Agriculture (“USDA”). The additional time is necessary for counsel to prepare and seek internal review of the response.

The enlargement of time requested also is necessary because counsel needs to complete fact discovery in Takota v. United States, Fed. Cl. No. 06-553C by November 29, 2007 and is currently working on a bid protest, Allen Corp. v. United States, Fed. Cl. No. 07-711C. She also is required to prepare and file the following: (1) the Government's brief in Corley v. Dep't of Veterans Affairs by November 1, 2007; (2) the Government's response to an EAJA application in Former Employees of BMC v. United States, Ct. No. 04-0229 by November 7, 2007; and (3) the Government's response in Barahura v. United States, Fed. Cl. No. 07-696C by November 26, 2007.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Jane C. Dempsey
JANE C. DEMPSEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-0897
fax: (202) 307-0972

October 25, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 25th day of October, 2007, a copy of the foregoing Defendant’s Unopposed Motion for Enlargement of Time, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ JANE C. DEMPSEY