# In the United States Court of Federal Claims

No. 07-664 C

(Filed: February 5, 2008)

| | |
|---|---|
| **K SATELLITE, INC.** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |

**ORDER**

On January 14, 2008, Defendant filed a motion to stay proceedings indefinitely, pending a jurisdictional determination by the Board of Contract Appeals ("the Board"). Plaintiff has not opposed this motion.

Plaintiff has brought appeals before the Board against the Department of Agriculture and against the Department of Homeland Security, both in regard to the same contract dispute with which this case is concerned.

Defendant argues that, pursuant to the "Election Doctrine," Plaintiff cannot pursue relief in this Court if the Board determines that it has jurisdiction over Plaintiff's appeals pending there. However, Defendant admits that "the Board has not made jurisdictional determinations in either appeal[], and therefore, a dismissal of the complaint in this Court pursuant to the Election Doctrine is premature." Defendant states that one of Plaintiff's appeals before the Board is in the initial written discovery stage and the other is the subject of a motion to dismiss for failure to state a claim. Thus, it is unclear whether or when the Board will make a formal jurisdictional determination.

To discuss this issue, the parties are hereby ORDERED to appear for a telephonic status conference on **February 15, 2008, at 2:00pm Eastern time**. One business day before the conference, counsel for the parties shall email chambers (damich_chambers@ao.uscourts.gov) or call Ms. Ellan Jackson at (202) 357-6483 to provide the phone number where they can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations).

The telephonic status conference will be on the record via a digital recording device. If either party wishes to have a court reporter present, such request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge