IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K SATELLITE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-664C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Joint Status Report

Pursuant to the Court's Order of February 29, 2008, the parties respectfully submit this Joint Status Report regarding the Board of Contract Appeals, General Services Administration's (the "Board") jurisdiction to entertain plaintiff's appeals. The Board has not made a formal determination regarding this issue because it granted the parties' request for an enlargement of time within which to conduct discovery. Discovery will end on April 30, 2008, after which the Board will determine whether it has jurisdiction over plaintiff's appeals.

For these reasons, the parties propose that they will file a joint status report on or before May 5, 2008 regarding the status of the Board's jurisdictional determination. If a formal decision is made by the Board, it will be attached to the parties' joint status report. Counsel for plaintiff has reviewed the substance of this

report, and agrees to its contents.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 353-0897
Fax: (202) 307-0972

March 21, 2008

Counsel for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of March, 2008, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Jane C. Dempsey