JUSTIN D. HEIDEMAN #8897
BENJAMIN D. GORDON #11074
ASCIONE, HEIDEMAN & MCKAY, L.L.C.
50 East 100 South, Suite 101
St. George, Utah 84770
Telephone: (435) 656-3696
Facsimile: (435) 986-0095
Attorneys for Plaintiff

| In The United States Court of Federal Claims | |
|---|---|
| K SATELLITE, INC., a Utah Corporation,<br><br>Plaintiff,<br>vs.<br><br>U.S. FOREST SERVICE, FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Docket No. 1:07-cv-664<br><br>Judge: Edward J. Damich |

COMES NOW Plaintiff, K-SATELLITE, INC., by and through their counsel of record, Justin D. Heideman of the firm Ascione, Heideman, and McKay, and pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, hereby voluntarily dismiss the afore-referenced action without prejudice.

DATED AND SIGNED this 1st day of May, 2008.

**ASCIONE, HEIDEMAN & MCKAY, L.L.C.**

JUSTIN D. HEIDEMAN
Attorney for Plaintiff